UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2021_____

**EVELINA CALCANO,** *on behalf of herself and all other persons similarly situated***,**

**Plaintiffs,**

-against-

**SURRATT COSMETICS, LLC** and **SURRATT BEAUTY, LLC,**

**Defendant.**

**21-cv-07204 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's voluntary dismissal of the above-captioned action, without prejudice and without costs, ECF No. 14, is **GRANTED**.

**SO ORDERED.**

Dated:    November 18, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**