USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/7/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**EVELINA CALCANO**, *on behalf of herself and all other persons similarly situated*,

                         **Plaintiffs,**

-against-

**SURRATT COSMETICS, LLC** and **SURRATT BEAUTY, LLC,**

                         **Defendants.**

**21-cv-7204 (ALC)**

**AMENDED ORDER**

**MEMO ENDORSED**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiffs' letter dated November 18, 2021. Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs' voluntary dismissal of the above-captioned action, without prejudice and without costs, as to Defendant Surratt Beauty, LLC, is **GRANTED**. The Clerk of The Court is respectfully directed to reinstate this action as to Defendant Surratt Cosmetics, LLC.

**SO ORDERED.**

Dated:    January 7, 2022
             New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                               **United States District Judge**